UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-04344-SVW-BFM | Date | July 26, 2023 |
|---|---|---|---|
| Title | Mona Hawkins v. The United State Department of Agriculture | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on June 21, 2023, issued an order denying plaintff's request to proceed in forma pauperis, and granting an additional thirty days, to and including July 21, 2023, to pay the full filing fee.

To date, plaintiff has failed to comply.

The Court orders the case dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |